IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03112-REB-KLM

BIRD DOG, LLC, and
COURTNEY PHILLIPS, an individual,

    Plaintiffs,

v.

LIBERTY CHEVROLET INC.,

    Defendant/Third-Party Plaintiff,

v.

DEALERACTIVE, LLC, n/k/a Interactive Media Group, LLC,

    Third-Party Defendant.

---

## MINUTE ORDER

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Stipulated Motion Requesting Entry of a Protective Order** [#38] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#38] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Protective Order [#38-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

    Dated: September 12, 2014