IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03112-REB-KLM

BIRD DOG, LLC, and
COURTNEY PHILLIPS, an individual,

    Plaintiffs,

v.

LIBERTY CHEVROLET INC.,

    Defendant/Third-Party Plaintiff,

v.

DEALERACTIVE, LLC, n/k/a Interactive Media Group, LLC,

    Third-Party Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Third-Party Defendant's **Consented Motion to Modify the Scheduling Order to Extend the Discovery Cutoff to November 14, 2014** [#42] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#42] is **GRANTED**. The discovery deadline is extended to **November 14, 2014**.

    Dated: October 29, 2014